# BUSINESS OPERATING STATEMENT

Name(s) of Debtor(s):

MARK BURNS
KELLY BURNS

Chapter 13
Case No. 2:10-bk-02700-RJH

Financial Report for FEB, 2010
(Month and Year)

## 1. INCOME.

| | | |
|---|---|---|
| Gross Business Receipts | $27083.37 | |
| Sales Taxes Collected | $0 | |
| **TOTAL INCOME** | | **$27083.37** |

## 2. COSTS AND EXPENSES.

| | |
|---|---|
| Advertising | $0 |
| Auto Fuel & Operation | $1068.49 |
| Bad Debts & Collection Costs (noncash basis) | $0 |
| Commissions & Bonuses | $0 |
| Debt Installments (do not incl. the plan payment): | |
| (a) _____ | $0 |
| (b) _____ | $0 |
| (c) _____ | $0 |
| Employee Benefits: | |
| (a) Hospitalization & Medical | $0 |
| (b) Retirement | $0 |
| (c) Other | $0 |
| Insurance Premiums (fire, theft, liability, etc.) | $179.71 |
| Legal & Accounting | $400.00 |
| Maintenance & Repairs | $1331.21 |
| Materials & Supplies | $1407.78 |
| Office Supplies | $204.00 |
| Other Business Expenses (itemize): | |
| SEE ATTACHMENT | $6656.09 |
| _____ | $0 |
| Postage & Shipping | $5.25 |
| Rent or Lease Expense | $3300.00 |
| Returns & Allowances | $0 |
| Salaries & Wages (gross, do not incl. owner's salary) | $9993.85 |
| Taxes: | |
| Employer's FICA (social security) contributions | $974.92 |
| Sales Taxes | $0 |
| Unemployment Taxes | $0 |
| Telephone & Utilities | $3228.51 |
| Workers' Compensation Insurance | $0 |
| **TOTAL COSTS AND EXPENSES** | **$28,699.21** |

## 3. NET INCOME (LOSS). (Subtract Total Costs & Expenses [#2] from Total Income [#1])   $-1615.84

I/We declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief. Dated: 3/22, 2010

_____  _____
Debtor                      Debtor

*(File this Operating Statement with the Clerk of the Court.)*

Rev. 2/08

# BUSINESS OPERATIONG STATEMENT

Name(s) of Debtor(s)  
Mark Burns  
Kelly Burns

Chapter 13  
Case No.2:10-bk-02700-RJH  
Financial Report for Feburary 2010

## 1. INCOME

| | |
|---|---:|
| Gross Business Receipts | $27,083.37 |
| Sales Taxes Collected | $0.00 |

**TOTAL INCOME** $27,083.37

## 2. COST AND EXPENSES

| | |
|---|---:|
| Advertising | $0.00 |
| Auto Fuel & Operation | $1,068.49 |
| Bad Debts & Collection Costs (noncash basis) | $0.00 |
| Commissions & Bonuses | $0.00 |
| Debt Installments (do not incl. the plan payment) | |
| a: | $0.00 |
| b: | $0.00 |
| c: | $0.00 |
| Employee Benefits | |
| a: Hospitalization & Medical | $0.00 |
| b: Retirement | $0.00 |
| c: Other | $0.00 |
| Insurance Premiums (fire, theft, liability, etc.) | $179.71 |
| Legal & Accounting | $400.00 |
| Maintenance & Repairs | $1,331.21 |
| Materrials and Supplies | $1,407.18 |
| Office Supplies | $204.00 |
| Other Business Expenses (itemize): | |
| a: Loan for business | $2,413.91 |
| b: Interest | $683.25 |
| c: Food | $2,995.50 |
| d: Bank Charges | $5.00 |
| e: Penelaty & Late Fees | $558.43 |
| Postage & Shipping | $5.25 |
| Rent or Lease Expense | $3,300.00 |
| Returns or Lease Equipment | $0.00 |
| Salaries & Wages (gross, do not incl. owners salary) | $9,943.85 |
| Taxes | |
| Employer's FICA (social security) contributions | $974.92 |
| Sales Taxes | $0.00 |
| Unemployment Taxes | $0.00 |
| Telephone & Utilities | $3,228.51 |
| Workers' Compensation Insurance | $0.00 |

**TOTAL COSTS AND EXPENSES** $28,699.21

**3. NET INCOME (LOSS)** (Subtract Total Costs & Expenses [#2] from Total Income [#1]) **($1,615.84)**

I/We declare under penalty of purjury that the information provided is true and correct to the best of my/our knowledge, information and belief. Dated: 3/22/2010

Debtor _[signature]_   Debtor _[signature]_