# BUSINESS OPERATING STATEMENT

Name(s) of Debtor(s):
MARK BURNS
KELLY BURNS

Chapter 13
Case No. 2:10-bk-02700-RJH

Financial Report for APRIL, 2010
(Month and Year)

## 1. INCOME.

| | |
|---|---|
| Gross Business Receipts | $31,107.60 |
| Sales Taxes Collected | $ |
| **TOTAL INCOME** | **$31,107.60** |

## 2. COSTS AND EXPENSES.

| | |
|---|---|
| Advertising | $ 0 |
| Auto Fuel & Operation | $ 1235.74 |
| Bad Debts & Collection Costs (noncash basis) | $ 0 |
| Commissions & Bonuses | $ 0 |
| Debt Installments (do not incl. the plan payment): | |
| (a) | $ 0 |
| (b) | $ 0 |
| (c) | $ 0 |
| Employee Benefits: | |
| (a) Hospitalization & Medical | $ 0 |
| (b) Retirement | $ 0 |
| (c) Other | $ 0 |
| Insurance Premiums (fire, theft, liability, etc.) | $ 179.71 |
| Legal & Accounting | $ 400.00 |
| Maintenance & Repairs | $ 1063.91 |
| Materials & Supplies | $ 591.95 |
| Office Supplies | $ 20.52 |
| Other Business Expenses (itemize): | |
| SEE ATTACHMENT | $ 5322.88 |
| | $ 0 |
| Postage & Shipping | $ 210 |
| Rent or Lease Expense | $ 0 |
| Returns & Allowances | $ 0 |
| Salaries & Wages (gross, do not incl. owner's salary) | $ 15297.31 |
| Taxes: | |
| Employer's FICA (social security) contributions | $ 4079.92 |
| Sales Taxes | $ 0 |
| Unemployment Taxes | $ 974.18 |
| Telephone & Utilities | $ 2057.09 |
| Workers' Compensation Insurance | $ 0 |
| **TOTAL COSTS AND EXPENSES** | **$31,225.31** |

**3. NET INCOME (LOSS).** (Subtract Total Costs & Expenses [#2] from Total Income [#1])  $ -117.71

I/We declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief. Dated: 5/10 2010

_____    _____
Debtor                       Debtor

*(File this Operating Statement with the Clerk of the Court.)*

*Rev. 2/08*

# BUSINESS OPERATIONG STATEMENT

Name(s) of Debtor(s)  
Mark Burns  
Kelly Burns

Chapter 13  
Case No.2:10-bk-02700-RJH  
Financial Report for April 2010

## 1. INCOME

| | |
|---|---:|
| Gross Business Receipts | $31,107.60 |
| Sales Taxes Collected | $0.00 |
| **TOTAL INCOME** | **$31,107.60** |

## 2. COST AND EXPENSES

| | |
|---|---:|
| Advertising | $0.00 |
| Auto Fuel & Operation | $1,235.74 |
| Bad Debts & Collection Costs (noncash basis) | $0.00 |
| Commissions & Bonuses | $0.00 |
| Debt Installments (do not incl. the plan payment) | |
| a: | $0.00 |
| b: | $0.00 |
| c: | $0.00 |
| Employee Benefits | |
| a: Hospitalization & Medical | $0.00 |
| b: Retirement | $0.00 |
| c: Other | $0.00 |
| Insurance Premiums (fire, theft, liability, etc.) | $179.71 |
| Legal & Accounting | $400.00 |
| Maintenance & Repairs | $1,063.91 |
| Materials and Supplies | $591.95 |
| Office Supplies | $20.52 |
| Other Business Expenses (itemize): | |
| a: Loan for business | $2,430.45 |
| b: Interest | $673.24 |
| c: Food | $1,823.69 |
| d: Bank Charges | $5.00 |
| e: Penelaty & Late Fees | $390.50 |
| Postage & Shipping | $2.10 |
| Rent or Lease Expense | $0.00 |
| Returns or Lease Equipment | $0.00 |
| Salaries & Wages (gross, do not incl. owners salary) | $15,297.31 |
| Taxes | |
| Employer's FICA (social security) contributions | $4,079.92 |
| Sales Taxes | $0.00 |
| Unemployment Taxes | $974.18 |
| Telephone & Utilities | $2,057.09 |
| Workers' Compensation Insurance | $0.00 |

**TOTAL COSTS AND EXPENSES** — **$31,225.31**

**3. NET INCOME (LOSS)** (Subtract Total Costs & Expenses [#2] from Total Income [#1]) — **($117.71)**

I/We declare under penalty of purjury that the information provided is true and correct to the best of my/our knowledge, information and belief. Dated: 5/10/2010

Debtor _(signed)_    Debtor _(signed)_