JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: 623-939-6546
Fax:   623-939-6718

HARRY J. LENABURG
State Bar No. 005733
Attorney for Debtors/Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| MARK L. BURNS and KELLY R. BURNS, | Case No. 2:10-bk-02700-RJH |
| Debtors. | |
| MARK L. BURNS and KELLY R. BURNS, | **ORDER GRANTING MOTION FOR SANCTIONS, VOIDING TRUSTEE'S SALE, VOIDING RECORDED TRUSTEE'S DEED, REVESTING PROPERTY BACK TO DEBTORS, AND AWARDING ATTORNEY'S FEES** |
| Movants, v. | |
| BAC HOME LOANS SERVICING, LP; WELLS FARGO BANK, NA; and RECONTRUST COMPANY et al | |
| Respondents. | |

Pursuant to the Motion for Sanctions and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. Voiding the Trustee's sale that took place on February 4, 2010, in which real property located at 8307 W. Cantera Court, Peoria, AZ was sold at public auction to Wells Fargo Bank, NA.

2. Voiding the recorded Trustee's Deed Upon Sale dated February 5, 2010 regarding the real property located at 8307 W. Cantera Court, Peoria, AZ.

3. The real property located at 8307 W. Cantera Court, Peoria, AZ and legally described as follows:

LOT ONE(1), CANTERA GATES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 526 OF MAPS, PAGE 34

is revested from Wells Fargo Bank, National Association Morgan Stanley ABS Capital I Inc. Trust 2005-HE5 Mortgage Pass-Through Certificates, Series 2005-HE5 to MARK L. BURNS and KELLY R. BURNS, husband and wife, as joint tenants with right of survivorship.

4. Joseph W. Charles, P.C. is awarded attorney's fees in the amount of $3,975.00 from BAC Home Loans Servicing to be paid directly to the office of Joseph W. Charles, P.C.

**DONE IN OPEN COURT** this \_\_\_\_\_ day of _____, 2011.

_____
Honorable Randolph J. Haines
United States Bankruptcy Court